IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DAVID LAMAR JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv67-MHT |
| ) | (WO) |
| **J.C. GILES, Warden,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) The motion to recuse (Doc. No. 44) is denied.

(2) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 17th day of July, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**