```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DAVID LAMAR JOHNSON,         )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:09cv67-MHT
                             )            (WO)
J.C. GILES, Warden,          )
et al.,                      )
                             )
     Defendants.             )
```

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on September 27, 2012, wherein the final judgment of this court made and entered herein on September 21, 2011 (Doc. No. 69), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on March 29, 2013, and received in the office of the clerk of this court on March 29, 2013 (Doc. No. 78), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and

entered on September 21, 2011 (Doc. No. 69), is continued in full force and effect.

DONE, this the 2nd day of April, 2013.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**